UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61367-DAMIAN

**VIRGINIA AVEDISIAN**, *individually and on behalf of all other similarly situated*,

    Plaintiff,

v.

**RENTREPORTERS, LLC**,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal without Prejudice, filed March 24, 2025 [ECF No. 31] (the "Stipulation"). Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared, and states the dismissal is without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to the parties' Stipulation.[1] The Clerk of Court is directed to **CLOSE** this case, and any pending Motions shall be **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 26th day of March, 2025.

                                        **MELISSA DAMIAN**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Because this Court never certified any class, this Order shall have no effect on the putative class or class members described in the Complaint.